# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LENORA LYNN WESTHUSING, | ) |
| Plaintiff, | ) |
| v. | ) No. 03-0593-CV-W-FJG |
| RICHARD A. KOEHLER, et al., | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that

pursuant to the order dated 06/06/05, the Court hereby **DENIES** plaintiff's Motion to Set Aside the Judgment (Doc. # 138);

pursuant to the judgment dated 04/15/05, the Court enters judgment in favor of plaintiff and against defendant, Hugh Jenkins, in amount of $40,000.00. Said judgment inclusive of attorney fees and costs;

pursuant to the order dated 3/17/05, the Court hereby **DENIES** Casey Norwat's Motion for Summary Judgment (Doc. # 26); **GRANTS** Defendant Duane Diehl's and Larry Houston's Motion for Summary Judgment (Doc. # 46); **GRANTS** Richard Koehler's Motion for Summary Judgment (Doc. # 48); **GRANTS IN PART and DENIES IN PART** Hugh Jenkins and Vicki Conley's Motion for Summary Judgment (Doc. # 50) and **DENIES** Sondra Silver's Motion for Summary Judgment (Doc. # 65) and **DENIES as MOOT** Defendant Koehler's Motion in Limine (Doc. # 82).

| | |
|---|---|
| June 13, 2005 | Patricia L. Brune |
| Date | Clerk |
| | /s/ Rhonda Enss |
| | (by) Deputy Clerk |